# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROGELIO JUAN GONZALEZ,

    Defendant.

Case No. 2:88-cr-00031-LDG

**ORDER**

    For good cause shown,

    THE COURT **ORDERS** that the United States file a response to Defendant's Petition to Seal Records or in the Alternative Application to Correct Identification Records (ECF No. 162) not later than Friday, October 27, 2017.

DATED this ___6___ day of October, 2017.

Lloyd D. George
United States District Judge